UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DOUGLAS E. JONES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 1:04-CV-288<br><br>Chief Judge Curtis L. Collier |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the 28 U.S.C. § 2255 motion filed by Petitioner Douglas E. Jones. The Honorable Curtis L. Collier, Chief United States District Judge, having rendered a decision on the petitioner's motion,

It is **ORDERED and ADJUDGED** that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this ____ day of May, 2006.

                                            */s/ Patricia L. McNutt*
                                            PATRICIA L. McNUTT
                                            CLERK OF COURT